IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY P. ROTH, | ) | CASE NO. 8:12CV143 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| SIRIUS INTERNATIONAL INSURANCE CORPORATION, SIRIUS AMERICA INSURANCE COMPANY, and INTERNATIONAL MEDICAL GROUP, INC., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Motion to Dismiss Defendant Sirius America Insurance Co. (Filing No. 7) from this lawsuit. Plaintiff consents to the dismissal of Sirius America Insurance Co. Accordingly,

IT IS ORDERED:

The joint motion to dismiss (Filing No. 7) is granted and Defendant Sirius America Insurance Co. is dismissed without prejudice from this lawsuit.

DATED this 3rd day of May, 2012

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge

Prepared by:
Joseph E. Jones, #15970
Robert W. Futhey, #24620
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska  68102-2663
(402) 341-6000
jjones@fraserstryker.com
rfuthey@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

635598 v1