# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY P. ROTH, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:12CV143 |
| ) | |
| v. ) | |
| ) | |
| SIRIUS INTERNATIONAL ) | ORDER TO SHOW CAUSE |
| INSURANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

The records of the court show that, by letter dated April 27, 2012, attorney Jon L. Jabenis was directed to pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h) within 15 days. The Clerk of the Court advises that, as of this date, Mr. Jabenis has not complied with this requirement. Under NEGenR 1.7(h), failure to pay the assessment is cause to remove an attorney from the court's roll.

**IT IS ORDERED:**

1. On or before **July 20, 2012**, attorney Jon L. Jabenis shall pay the 2011/2012 biennial attorney assessment fee, as required by NEGenR 1.7(h), or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall transmit a copy of this order to Jon L. Jabenis at his last known address.

**DATED: July 13, 2012.**

> BY THE COURT:
>
> s/ F.A. Gossett, III
> **United States Magistrate Judge**