IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY P. ROTH,<br><br>      Plaintiff,<br><br>vs.<br><br>SIRIUS INTERNATIONAL<br>INSURANCE CORPORATION and<br>INTERNATIONAL MEDICAL<br>GROUP, INC.,<br><br>      Defendants. | Case No. 8:12CV143<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Jon Jabenis and Rob Futhey, counsel for the parties,

**IT IS ORDERED:**

1. On or before **October 23, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. All pending hearings and/or deadlines are cancelled upon the representation that this case is settled.

Dated: September 23, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge